ACCEPTED
06-15-00009-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/13/2015 3:25:13 PM
DEBBIE AUTREY
CLERK

# No. 06-15-00009-CV

## In the Court of Appeals for the

### Sixth District of Texas

### at Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/13/2015 3:25:13 PM
DEBBIE AUTREY
Clerk

DENNIS RAYNER and JOE TEX XPRESS, INC.,                    Appellants,

V.

KRISTA DILLON,                                                      Appellee.

## Unopposed Third Motion to Extend Time
## For Filing Brief of Appellee

TO THE HONORABLE COURT OF APPEALS:

Appellee, KRISTA DILLON, files this unopposed motion requesting an extension of time to file her Brief of Appellee, and would show unto the Court the following:

### I.

This is Appellee's third request for an extension of time in which to file her brief. Appellee's brief is due to be filed on November16, 2015.

### II.

The undersigned counsel has had other commitments which required his attention and made him unable to adequately complete research necessary to finalize Appellee's brief by the due date. Those matters include:

1. Preparation of the Brief of Appellant in Michael D. Lee v. The Rogers Agency, C. Michael Rogers and New York Life Insurance Company; No. 06-15-00037-CV in this Court;

2. Serving as mediator in Mary Quinn v. Brookshire Grocery Company; Cause No. 37664 in the 76th/276th District Court of Titus County, Texas;

3. Preparation for and attendance at pretrial in Hyan Dae Lee d/b/a Lakeway Country Store v. B & J Equipment, Ltd. and Stephen Scott; Cause No. 13C1003-202 in the District Court of Bowie County, Texas;

4. Serving as mediator in Suyapa Banchs and Jennifer Tatiana Banchs v. Rogue Resources, Inc. d/b/a Eastex Crude Company, et al; Cause No. CV-13-2229 in the District Court of Camp County, Texas;

5. Serving as mediator in Tamara K. Warwick, Individually and as Next Friend of Mariah Harvey, a Minor Child; and Samara Harvey, Individually v. Linda Spencer Campbell; Cause No. 12C0071-102 in the District Court of Bowie County, Texas;

6. Serving as court-appointed mediator in Hopkins & Raines, Inc. v. Lakeland Motors d/b/a Lakeland Chrysler Dodge Jeep; Civil Action No. 5:14-cv-00110-RWS-CMS in the United States District Court, Eastern District of Texas, Texarkana Division; and

7. Serving as mediator in Kathleen Hill v. Centerpoint Energy; Cause No. 14-C-1082-CCL in the County Court at Law of Bowie County, Texas.

Further, the Reporter's Record in this case comprises 17 volumes and due to the above commitments counsel has been unable to devote sufficient time in reviewing the record in order to prepare Appellee's brief.

III.

Therefore, Appellee would request an extension of thirty (30) days in which to file her brief. The requested extension should not in the ordinary course of procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellee, KRISTA DILLON, prays that the time for filing her appellate brief be extended thirty (30) days until December 16, 2015.

Respectfully submitted,


 /s/ *John R. Mercy*
John R.  Mercy
Texas State Bar No. 13947200
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail: jmercy@texarkanalawyers.com

Brent Goudarzi
Texas State Bar No. 00798218
GOUDARZI & YOUNG
P.O. Box 910
Gilmer, TX 75644
Telephone:  (903) 843-2544
Facsimile:    (903) 843-2026
Email: brent@goudarzi-young.com

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I have contacted Samuel V. Houston, III, Attorney for Appellants, regarding the relief sought by this motion and he has no objection to the motion.

/s/ *John R. Mercy*

John R. Mercy

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2015, the foregoing *Unopposed Third Motion to Extend Time for Filing Brief of Appellee* was served on all counsel of record for Appellants by the Electronic Service Provider as follows:

Mr. Samuel V. Houston, III
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, TX 78209
Email: sam@hdappeals.com

Mr. Bryan P. Reese
FEE, SMITH, SHARP & VITULLO, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
Email: breese@feesmith.com

Ms. Jennifer M. Lee
FEE, SMITH, SHARP & VITULLO, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
Email: jlee@feesmith.com

/s/ John R. Mercy

John R. Mercy